# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 951
:
APPOINTMENT TO THE CONTINUING : SUPREME COURT RULES DOCKET
LEGAL EDUCATION BOARD :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2023, Susan E. Affronti, Esquire, Montgomery County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years, commencing August 1, 2023.